UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

D&D LAND HOLDINGS, A California
Limited Partnership,

Plaintiff,

v.

NATIONAL DIRECT CAPITAL
CORPORATION, et al,

Defendants.

Civil No.    05cv1605-JM(POR)

**ORDER GRANTING MOTION FOR
PROTECTIVE ORDER REGARDING
DEPOSITION LOCATION**

**[Doc. No. 37]**

On May 1, 2007, the Court held a telephonic Discovery Conference.  Brad Jacobs appeared on behalf of Plaintiff.  Daniel Green appeared on behalf of Defendants Axiom Capital, Todd A. Drake, and Charles M. Cronin.  On April 27, 2007, the parties filed a Joint Discovery Statement Regarding a Dispute as to the Location of Defendants' Depositions.  The dispute relates to the location of the depositions of (1) Defendant Axiom Capital's Custodian of Records; (2) Defendant Axiom Capital's Person Most Knowledgeable (re the subject loan); (3) Defendant Charles M. Cronin; and (4) Defendant Todd A. Drake.  Plaintiff demands the depositions of the aforementioned Defendants take place in San Diego, California.  Defendants, however, assert the depositions should take place in New York, Defendants' residence and place of business.  After reviewing the parties' Joint Discovery Statement and having heard oral argument in the matter, the Court hereby GRANTS Defendants' motion for protective order regarding deposition location.

Normally, a party's deposition is taken in the district in which he or she resides or is

1  employed or has a place of business, unless unusual circumstances justify putting a party to

2  inconvenience of deposition elsewhere.  <u>Grey v. Continental Marketing Assoc.</u>, 315 F.Supp. 826,

3  832 (N.D. Ga. 1970); <u>Philadelphia Indem. Ins. Co. v. Federal Ins. Co.</u>, 215 F.R.D. 492, 495 (E.D.

4  2003).  Plaintiff's counsel failed to present unusual circumstances that would require the depositions

5  of Defendant Axiom Capital's employees and Defendants Drake and Cronin to be taken San Diego,

6  California.  Based thereon, the Court GRANTS Defendant's motion for protective order regarding

7  deposition location.  Accordingly, the depositions of (1) Defendant Axiom Capital's Custodian of

8  Records; (2) Defendant Axiom Capital's Person Most Knowledgeable (re the subject loan); (3)

9  Defendant Charles M. Cronin; and (4) Defendant Todd A. Drake shall take place in New York.

10     **IT IS SO ORDERED.**

11

12  DATED:  May 4, 2007

13

14                                              LOUISA S PORTER
                                                United States Magistrate Judge

15

16

17  cc:          The Honorable Jeffrey T. Miller
                 All parties

18

19

20

21

22

23

24

25

26

27

28