# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D&D LANDHOLDINGS, a California limited partnership,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>NATION DIRECT CAPITAL CORPORATION, a Georgia corporation; AXIOM CAPITAL, a New York corporation; TODD A. DRAKE, an individual; CHARLES M. CRONIN, an individual; JAMES G. OSSIE, an individual,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 05 CV 1605 JM (POR)<br><br>**ORDER GRANTING APPLICATION (DOC. NO. 59) AND ENTERING AMENDED JUDGMENT** |

　　　　On November 21, 2007, the court granted summary judgment against defendants James G. Ossie and Nation Direct Capital Corporation on one claim in this diversity action arising out of a loan transaction between the parties. Plaintiff then voluntarily dismissed the remaining claims. The court granted Plaintiff's request for judgment in the amount of $75,000, representing liquidated damages, and denied the request for attorneys' fees and costs without prejudice to a further application supported by an evidentiary showing of reasonableness. Plaintiff has now waived its right to request attorneys' fees and costs, and has requested that the court enter an amended judgment of $75,000.

　　　　For good cause shown, the court hereby **GRANTS** Plaintiff's application to enter an amended judgment and waive attorneys' fees and costs. Accordingly, it is hereby **ORDERED** that Plaintiff

1  D&D Landholdings, A California Limited Partnership, shall have final judgment against Nation Direct
2  Capital Corporation, A Georgia Corporation, and James G. Ossie, an individual, jointly and severally,
3  in the amount of $75,000.

4  **IT IS SO ORDERED.**

5  DATED: March 3, 2008

6  
7  Hon. Jeffrey T. Miller
   United States District Judge

8  
9  cc:        All parties